ACCEPTED
06-16-00034-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/5/2016 1:54:48 PM
DEBBIE AUTREY
CLERK

# No. 6-16-0034-CV

## In the Sixth Court of Appeals
## Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/5/2016 1:54:48 PM

DEBBIE AUTREY
Clerk

Wayne E. Freeman, et al
*Appellants,*

v.

Harleton Oil & Gas, Inc.,
*Appellee.*

————————————

## Unopposed Motion to Extend Harleton's Briefing Deadline

————————————

To the Honorable Court of Appeals:

Cross-Appellant, Harleton Oil & Gas, Inc., asks the Court to extend its briefing deadline by 30 days, to and including August 10, 2016.

### 1.
### Information Required By Rule 10.5, Tex. R. App. P.

The following information supports this request.

(i) Cross-Appellant's brief is currently due July 11, 2016.

(ii) Cross-Appellant requests an extension of 30 days for filing its brief, to and including Wednesday, August 10, 2016.

1

(iii) This unopposed motion is Cross-Appellant's first motion to extend its briefing deadline.

## 2.
## Facts Explaining the Need to
## Extend the Briefing Deadline

All parties are filing briefs as appellants. The Freeman Appellants and the Buffco Appellants have been granted 30-day extensions of their briefing deadlines. Chesapeake Louisiana has today filed a motion requesting a similar extension. Harleton desires to file its cross-appellant's brief simultaneous with the other parties' appellant's briefs. The requested extension will allow it to do so.

Additionally, counsel will be unable to complete the referenced brief and secure the necessary co-counsel and client approval by the current deadline, due in part to the following commitments of Greg Smith, who is primarily responsible for drafting the brief:

(a) No. 01-15-0005-3754, In the Matter of the Arbitration Between: *Maria Del Rosario Lopez, et al. v. Pilgrim's Pride Corporation*, in the American Arbitration Association (*pre-arbitration preparations*)*;* and

(b) No. 1329055, *Toledo v. K & B Transportation*, in the 145th District Court, Nacogdoches County, Texas; *(post-trial briefing and motions).*

**3.**

This motion is not sought solely for delay, but in the interest of justice and to ensure a quality response that aids the Court's decisional process.

**4.**
**Conference**

Counsel for all other parties state that this motion is not opposed.

**5.**
**Conclusion and Prayer**

Cross-Appellant Harleton Oil & Gas, Inc. prays that the Court would extend the deadline for filing its brief by 30 days, to and including Wednesday, August 10, 2016.

Respectfully submitted,

_____
GREG SMITH
State Bar No. 18600600
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
Email: gsmith@rameyflock.com

BRENT HOWARD
State Bar No. 10062600
HOWARD & DAVIS, P.C.
100 E. Ferguson, Suite 1200
Tyler, Texas 75702
Telephone: (903) 533-9997
Facsimile: (903) 533-0260
bhoward@hdbtyler.com

ATTORNEYS FOR CROSS-
APPELLANT HARLETON
OIL & GAS, INC.

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically in compliance with Texas Rules of Appellate Procedure. As such, this notice was served on all counsel, who are deemed to have consented to electronic service, on this the 5th day of July, 2016.

_____

GREG SMITH

4